**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **KENNETH D. BLAKE** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:06cv273** |
| **WARDEN McCORMICK, ET AL.** | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation for the disposition of the lawsuit. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff may proceed with his claims against Officer Edwards, Sgt. Turner, Sgt. Cook, Captain Finn, Warden McCormick, Roger Wise and Nurse Roxanne. It is further

**ORDERED** that the claims against Judge Pesek, Sheriff James Prince and attorney John Seaborn Delk are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**SIGNED this 12th day of March, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE